UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
JUN 27 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                                                  INDICTMENT NO. 6:24-CR-42-REW

ROBERT TODD WOOTEN

\* \* \* \* \*

THE GRAND JURY CHARGES:

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about January 18, 2024, in Clay County, in the Eastern District of Kentucky,

**ROBERT TODD WOOTEN**

did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
### 18 U.S.C. § 924(c)

On or about January 18, 2024, in Clay County, in the Eastern District of Kentucky,

**ROBERT TODD WOOTEN**

did knowingly possess a firearm in furtherance of a drug trafficking offense for which he may be prosecuted in a court of the United States, that is, possession with the intent to

distribute a mixture of substance containing methamphetamine, in violation of 21 U.S.C. § 841(a)(1), as set forth in Count 1 of this indictment, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 3
## 18 U.S.C. § 922(g)(1)

On or about January 18, 2024, in Clay County, in the Eastern District of Kentucky,

**ROBERT TODD WOOTEN,**

knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Smith & Wesson, .38 Special Model, .38 caliber revolver, SN C577473, and ammunition that had been shipped or transported in interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

1. By virtue of the commission of the felony offense alleged in Count 1 of the Indictment, **ROBERT TODD WOOTEN** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violation of 21 U.S.C. § 841(a)(1) and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. § 841(a)(1). Any and all interest that **ROBERT TODD WOOTEN** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the offenses alleged in Counts 2 and 3 of the Indictment, **ROBERT TODD WOOTEN** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation(s) of 18 U.S.C. §§ 922 and/or 924. Any and all interest that **ROBERT TODD WOOTEN** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following:

**FIRARMS AND AMMUNITON:**

    a. a Smith & Wesson, .38 Special Model, .38 caliber revolver, SN C577473, seized from Robert Todd Wooten on or about January 18, 2024; and

    b. all associated ammunition and accessories.

A TRUE BILL

FOREPERSON

_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

### COUNT 1:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years of supervised release.

### COUNT 2:

Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

### COUNT 3:

Not more than 15 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:**   Forfeiture of listed assets.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.